UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          : Case No.:     13-17101
                                                :
Vivienne A. Williams                            : Adv. No.:     _____
                                                :
                                                : Judge:        Sherwood
                Debtor (s),                     :
_____        : Chapter:      13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable     John K. Sherwood    , United States Bankruptcy Judge.

**Reason for Hearing:**     Certification in Opposition to Certification of Default of Standing Trustee, re: Debtors failure to make plan payments

**Location of Hearing:**    Courtroom No. 3D
                            US BANKRUPTCY COURT
                            50 WALNUT STREET, 3RD FL
                            NEWARK, NJ 07102

**Date and Time:**          September 22, 2016 @ 9:00 am,
                            or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED        ____ ARE NOT REQUIRED

DATED:    August 15, 2016                    JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 15, 20 16 the foregoing notice was served on the following: Debtor, Debtor's Attorney, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-17101-JKS
Vivienne A. Williams                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Aug 15, 2016
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2016.
db              +Vivienne A. Williams,    565 E. 38th Street,    Paterson, NJ 07513-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Vivienne A. Williams rbear611@aol.com,   lowlaw505@gmail.com
              William M.E. Powers, III    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 6