UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

Order Filed on November 22,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:
  Vivienne Williams,

Debtor.

Case No.: 13-17101-JKS

Adv. No.:

Hearing Date: 10/13/2016 @ 11:00 a.m.

Judge: John K. Sherwood

## ORDER REINSTATING STAY AND CURING POST-PETITION ARREARS

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 22, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Vivienne A. Williams
Case No: 13-17101-JKS
Caption of Order: ORDER REINSTATING STAY AND CURING ARREARS
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 565 East 38th Street, Paterson, NJ 07513, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 1, 2016, Debtor is in arrears outside of the Chapter 13 plan to Secured Creditor for payments due June 2016 for a total post-petition default of $7,341.48 (6 @ $1,223.58);

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $7,341.48 will be paid by Debtor forwarding to the Secured Creditor, in addition to the regular monthly mortgage payment, the sum of $1,223.58, which additional payments shall begin on December 1, 2016 and continue for a period of six (6) months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2016, directly to Secured Creditor, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees for the defense of this motion and $350.00 for the previous certification totaling $700.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property is hereby reinstated.