| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** **Marie-Ann Greenberg, Standing Trustee** **30 TWO BRIDGES ROAD** **SUITE 330** **FAIRFIELD, NJ  07004-1550** **973-227-2840** **Chapter 13 Standing Trustee** |
| IN RE:      VIVIENNE A. WILLIAMS |

**Order Filed on December 16,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey**

**Case No.:  13-17101 JKS**

**Hearing Date:  12/8/2016**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 16,
2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  VIVIENNE A. WILLIAMS

Case No.:  13-17101

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/08/2016 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $778.00

  starting on 1/1/2017 for the remaining 16 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.