# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−17101−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Vivienne A. Williams
    aka Vivienne A. Owens
    565 E. 38th Street
    Paterson, NJ 07513

Social Security No.:
    xxx−xx−9456

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        2/9/17
Time:        11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low
Debtor's Attorney

COMMISSION OR FEES
$1,300.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 13, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-17101-JKS
Vivienne A. Williams                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jan 13, 2017
                              Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
```
db             +Vivienne A. Williams,    565 E. 38th Street,    Paterson, NJ 07513-1001
cr             +Midnight Velvet,    PO Box 740933,    Dallas, TX 75374-0933
513946971      +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374-0933
513812885     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
514190351       CitiFinancial Services, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
514078363       CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
513926656       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
513812887      +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
513812888      +Comenity bank/The Sports Authority (TSA),     Attention: Bankruptcy,    Po Box 182686,
                 Columbus, OH 43218-2686
515764126      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515764127      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73110,    MidFirst Bank,
                 999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
513812891      +Midnight Velvet,    c/o Creditors Bankruptcy SErvices,    PO Box 740933,    Dallas TX 75374-0933
513812894      +Triad Financial Corp/Santander,    Attn: Bankruptcy Department,    Po Box 105255,
                 Atlanta, GA 30348-5255
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 23:39:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 23:39:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514021204       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2017 23:36:16
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513812889      +E-mail/PDF: pa_dc_ed@navient.com Jan 13 2017 23:35:45      Dept Of Ed/sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
514373133       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 23:58:49
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514373134       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 23:46:22
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
513812892      +E-mail/Text: mmrgbk@miramedrg.com Jan 13 2017 23:39:16      Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
514005783       E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2017 23:39:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
513812893      +E-mail/PDF: pa_dc_litigation@navient.com Jan 13 2017 23:36:03      Sallie Mae,
                 Attention: Bankruptcy Litigation Unit,    E3149, Po Box 9430,    Wilkes-Barre, PA 18773-9430
514226376       E-mail/PDF: pa_dc_ed@navient.com Jan 13 2017 23:36:16      Sallie Mae Inc, on behalf of the,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA 30374-0351
513888924       E-mail/PDF: pa_dc_litigation@navient.com Jan 13 2017 23:36:17
                 Sallie Mae Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,
                 Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513812886*    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
513812890*     +Dept Of Ed/sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 13, 2017
                              Form ID: 137             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Vivienne A. Williams rbear611@aol.com,  lowlaw505@gmail.com
          William M.E. Powers, III    on behalf of Creditor   CitiFinancial Servicing LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 6
```