Order Filed on February 10, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re<br><br>**VIVIENNE A. WILLIAMS**<br><br>Debtor(s) |

Case No. 13-17101

Chapter 13

Judge: The Honorable John K. Sherwood

**Hearing Date: February 9, 2016, 11:00am**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 10, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Russell L. Low, Esq.,** the applicant, is allowed a fee of $1,300.00 for services rendered and expenses in the amount of $0.00 for a total of $1,300.00. The allowance is payable:

  _X_   through the Chapter 13 plan as an administrative priority.

  ___   outside the plan.

` The debtor's monthly plan is modified to require a payment of $873.00 per month for 15 months to allow for payment of the above fee.