Order Filed on February 10, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re

**VIVIENNE A. WILLIAMS**

Debtor(s)

Case No. 13-17101

Chapter 13

Judge: The Honorable John K. Sherwood

Hearing Date: February 9, 2016, 11:00am

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 10, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Russell L. Low, Esq.,** the applicant, is allowed a fee of $1,300.00 for services rendered and expenses in the amount of $0.00 for a total of $1,300.00. The allowance is payable:

　_X_　through the Chapter 13 plan as an administrative priority.

　___　outside the plan.

`　The debtor's monthly plan is modified to require a payment of $873.00 per month for 15 months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Vivienne A. Williams  
      Debtor

Case No. 13-17101-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 10, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.  
db            +Vivienne A. Williams,   565 E. 38th Street,   Paterson, NJ 07513-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Russell L. Low    on behalf of Debtor Vivienne A. Williams rbear611@aol.com,  lowlaw505@gmail.com
        William M.E. Powers, III    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                      TOTAL: 6