**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Vivienne A. Williams | Case No.: 13-17101<br>Hearing Date: 12/14/2017<br>Chapter: 13<br>Judge: John K. Sherwood |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to Trustee's Certification of Default by Debtor's Counsel

**Location of Hearing:** Courtroom No. 3D
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** 12/14/2017 at 9:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 10/31/2017

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __10/31__, 20__17__ this notice was served on the following: Debtor, Debtor's Counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Vivienne A. Williams  
       Debtor

Case No. 13-17101-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                  Page 1 of 1                  Date Rcvd: Oct 31, 2017
                             Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.
db             +Vivienne A. Williams,    565 E. 38th Street,    Paterson, NJ 07513-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Russell L. Low    on behalf of Debtor Vivienne A. Williams rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      William M.E. Powers, III    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                              TOTAL: 6