Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13–17101–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Vivienne A. Williams
aka Vivienne A. Owens
565 E. 38th Street
Paterson, NJ 07513

Social Security No.:
xxx–xx–9456

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/8/18 at 11:00 AM

to consider and act upon the following:

*110* – Creditor's Certification of Default (related document:77 Creditor's Certification of Default filed by Creditor MidFirst Bank, 78 Opposition filed by Debtor Vivienne A. Williams, 82 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/19/2018. (Attachments: # 1 Exhibit A – Court Approved Stipulation # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*112* – Certification in Opposition to (related document:110 Creditor's Certification of Default (related document:77 Creditor's Certification of Default filed by Creditor MidFirst Bank, 78 Opposition filed by Debtor Vivienne A. Williams, 82 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/19/2018. (Attachments: # 1 Exhibit A – Court Approved Stipulation # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Russell L. Low on behalf of Vivienne A. Williams. (Low, Russell)

Dated: 1/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court