Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 13−17101−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vivienne A. Williams
   aka Vivienne A. Owens
   565 E. 38th Street
   Paterson, NJ 07513

Social Security No.:
   xxx−xx−9456

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/8/18 at 11:00 AM

to consider and act upon the following:

*110* − Creditor's Certification of Default (related document:77 Creditor's Certification of Default filed by Creditor MidFirst Bank, 78 Opposition filed by Debtor Vivienne A. Williams, 82 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/19/2018. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*112* − Certification in Opposition to (related document:110 Creditor's Certification of Default (related document:77 Creditor's Certification of Default filed by Creditor MidFirst Bank, 78 Opposition filed by Debtor Vivienne A. Williams, 82 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 01/19/2018. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Russell L. Low on behalf of Vivienne A. Williams. (Low, Russell)

Dated: 1/18/18

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Vivienne A. Williams  
       Debtor

Case No. 13-17101-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 18, 2018  
                   Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db         +Vivienne A. Williams,    565 E. 38th Street,    Paterson, NJ 07513-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Russell L. Low    on behalf of Debtor Vivienne A. Williams rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        William M.E. Powers, III    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                         TOTAL: 6